HUTCHISON & STEFFEN, PLLC
Mark A. Hutchison (NV Bar No. 4639)
*mhutchison@hutchlegal.com*
10080 West Alta Dr., Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

LATHAM & WATKINS LLP
Manny A. Abascal (*pro hac vice pending*)
*manny.abascal@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Attorneys for Defendants
Michael V. Shustek and Vestin Mortgage, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL V. SHUSTEK and VESTIN MORTGAGE LLC,<br><br>Defendants. | CASE NO. 2:21-CV-01416-JCM-BNW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Securities and Exchange Commission ("Plaintiff") and Defendants Michael V. Shustek, and Vestin Mortgage, Inc. ("Defendants") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on July 29, 2021, Plaintiff filed the Complaint in the above-captioned action (ECF No. 1);

WHEREAS, on August 2, 2021, Defendants waived service of the summons in this action (ECF Nos. 3 & 4);

1  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), Defendants'
2  Answer to the Complaint must be filed by September 27, 2021;
3  WHEREAS, the Parties are currently meeting and conferring regarding the claims and
4  remedies sought, potential defenses, and future case proceedings;
5  WHEREAS, the Parties to this action, in the interests of judicial economy, conservation
6  of time and resources, and orderly management of this action, have agreed to extend Defendants'
7  time to file an Answer to the Complaint by 45 days, to November 12, 2021, and to hold a Federal
8  Rule of Civil Procedure 26(f) conference within 30 days after the filing of Defendants' Answer;
9  and
10  WHEREAS, this is the Parties' first stipulation to extend Defendants' time to file the
11  Answer to the Complaint.
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

NOW, THEREFORE, the Parties stipulate that Defendants' time to file the Answer to the Complaint is extended 45 days, to November 12, 2021, and that the Parties will hold a Federal Rule of Civil Procedure 26(f) conference within 30 days after the filing of Defendants' Answer.

Dated:  September 21, 2021.                         Respectfully submitted,

HUTCHISON & STEFFEN, PLLC

By _____/s/ Mark A. Hutchison_____
      Mark Hutchison

LATHAM & WATKINS LLP
Manny Abascal

*Attorneys for Defendants Michael V. Shustek, and Vestin Mortgage, Inc.*

Dated:  September 21, 2021.                         SECURITIES AND EXCHANGE COMMISSION

By _____/s/ Marc D. Katz_____
      Erin E. Schneider
      Monique C. Winkler
      E. Pendrey
      Marc D. Katz
      David Zhou
      Ruth L. Hawley

*Attorneys for Plaintiffs Securities and Exchange Commission*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 23, 2021