LATHAM & WATKINS LLP
  Manny A. Abascal, *pro hac vice*
  manny.abascal@lw.com
  Michael A. Galdes, *pro hac vice*
  michael.galdes@lw.com
  Jared A. Forbus, *pro hac vice*
  jared.forbus@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Tel:  (213) 485-1234
Fax:  (213) 891-8763

HUTCHISON & STEFFEN
  Mark A. Hutchison (Bar No. 4639)
  mhutchison@hutchlegal.com
  Joseph R. Ganley (Bar No. 5643)
  jganley@hutchlegal.com
  Piers R. Tueller (Bar No. 14633)
  ptueller@hutchlegal.com
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel:  (702) 385-2500

Attorneys for Defendants Michael Shustek
and Vestin Mortgage LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br>v.<br><br>MICHAEL V. SHUSTEK and VESTIN MORTGAGE LLC,<br><br>           Defendants. | CASE NO. 2:21-cv-01416-JCM-BNW<br><br>**DEFENDANTS MICHAEL SHUSTEK AND VESTIN MORTGAGE LLC'S MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO MOTION TO COMPEL**<br><br>Judge:        Hon. James C. Mahan<br>Magistrate:   Hon. Brenda N. Weksler |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CASE NO. 2:21-cv-01416-JCM-BNW
MOTION TO SUPPLEMENT OPPOSITION
TO MOTION TO COMPEL

Defendants Michael Shustek and Vestin Mortgage ("Defendants") request this Court's leave to attach an additional exhibit to its Opposition (ECF No. 27) to Plaintiff's Motion to Compel (ECF No. 21). Specifically, Defendants seek leave to supplement their Opposition with the Order Regarding Discovery Commissioner's Report and Recommendation, attached hereto as **Exhibit C**.

Pursuant to LR 7-2(g), the court may grant a party leave to supplement a motion for good cause. Here, good cause exists so that the Court may fully be informed about the status of the Discovery Commissioner's Report and Recommendation, which was filed as Exhibit B to the Opposition (ECF No. 28-3). On July 27, 2022, Hon. Linda Marie Bell of the District Court for Clark County, Nevada "affirmed and adopted" the Discovery Commissioner's Report and Recommendation without modification. Further, because this order had not yet issued when Defendants filed their Opposition, this request for leave is timely. Therefore, Defendants believe that the Court should grant leave to file a supplemental Exhibit C as a supplemental Exhibit to the Opposition so that the Court may be fully apprised of developing facts.

Dated: July 28, 2022

Respectfully Submitted,

LATHAM & WATKINS LLP
Manuel A. Abascal
Michael A. Galdes
Jared A. Forbus

By: /s/ Manuel A. Abascal
Manuel A. Abascal

*Attorneys for Defendants Michael Shustek and Vestin Mortgage LLC*

## ORDER
**IT IS SO ORDERED**

**DATED:** 1:18 pm, July 29, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:21-cv-01416-JCM-BNW
MOTION TO SUPPLEMENT OPPOSITION
TO MOTION TO COMPEL

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Ave., Suite 100, Los Angeles, CA 90071-1560.

On July 28, 2022, I served the following document described as:

**DEFENDANTS MICHAEL SHUSTEK AND VESTIN MORTGAGE LLC'S MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO MOTION TO COMPEL**

by serving a true copy of the above-described document in the following manner:

**VIA THE COURT'S CM/ECF ELECTRONIC FILING SYSTEM**

Sheila O'Callaghan
ocallaghanS@sec.gov
Susan LaMarca
lamarcas@sec.gov
David Zhou
zhoud@sec.gov
Ruth L. Hawley
hawleyr@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104

*Attorneys for Plaintiff Securities and Exchange Commission*

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 28, 2022** at Los Angeles, California.

*/s/ Manuel A. Abascal*
Manuel A. Abascal