LATHAM & WATKINS LLP
Manuel A. Abascal (*pro hac vice*)
  manny.abascal@lw.com
Jared A. Forbus (*pro hac vice*)
  jared.forbus@lw.com
Michael A. Galdes (*pro hac vice*)
  michael.galdes@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

LATHAM & WATKINS LLP
Rachel M. Bosley (*pro hac vice*)
  rachel.bosley@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201

HUTCHISON & STEFFEN
Mark A. Hutchison (NV Bar No. 4639)
  mhutchison@hutchlegal.com
Joseph R. Ganley (NV Bar No. 5643)
  jganley@hutchlegal.com
Peccole Professional Park
10080 West Alta Dr., Suite 200
Las Vegas, Nevada 89145

Attorneys for Defendants
Michael V. Shustek and Vestin Mortgage, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiffs,<br><br>       v.<br><br>MICHAEL V. SHUSTEK and VESTIN MORTGAGE LLC,<br><br>                    Defendants. | CASE NO. 2:21-CV-01416-JCM-BNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENTER INTO MEDIATION** |

Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") and Michael V. Shustek ("Mr. Shustek") and Vestin Mortgage LLC ("Vestin Mortgage", collectively "Defendants") hereby stipulate and agree as follows:

WHEREAS the Court ordered the Parties to mediate the case prior to March 13, 2023.[1]

WHEREAS the Parties believe that it is in their best interests, and in the interest of judicial economy, to schedule a mediation with a United States District Court, District of Nevada, Magistrate Judge on a mutually agreeable date.

WHEREAS the Parties are available on the following dates: February 16, February 17, February 22, February 28, and March 2.

WHEREAS the Defendants believe that it is in their best interests that the Magistrate Judge not be one who is currently presiding over this matter and respectfully request that Magistrate Judge Elayna J. Youchah or, in the alternative, Magistrate Judges Cam Ferenbach or Carla Baldwin assist with mediation.

WHEREAS the Plaintiff does not object to the appointment of the Magistrate Judges suggested by Defendants.

Based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the Parties shall participate in mediation of the above-captioned matter with a United States District Court, District of Nevada, Magistrate Judge to be scheduled on a date and time convenient to the Magistrate Judge.

Dated: January 27, 2023                    Respectfully submitted,

                                                    LATHAM & WATKINS LLP
                                                    Manuel A. Abascal

                                                    HUTCHISON & STEFFEN
                                                    Mark A. Hutchison

---

[1] *See* ECF No. 12 (setting September 14, 2022, deadline to mediate); ECF No. 24 at 20 (SEC requesting a six-month extension to all discovery deadlines; mediation deadline of March 13, 2023); ECF No. 34 (granting extension request in ECF No. 24).

| | |
|---|---|
| | By /s/ *Manuel A. Abascal* |
| |     Manuel A. Abascal |
| | |
| | Attorneys for Defendants |
| | Michael V. Shustek and Vestin Mortgage LLC |

Dated:  January 27, 2023               Respectfully submitted,

                                                        SECURITIES AND EXCHANGE
                                                        COMMISSION
                                                        Sheila O'Callaghan

                                                        By /s/ *Sheila O'Callaghan*
                                                             Sheila O'Callaghan

                                                        Attorneys for Plaintiff
                                                         Securities and Exchange Commission

## ORDER

IT IS ORDERED that ECF No. 41 is GRANTED in part and DENIED in part. The Court will set this matter for a settlement conference with the assigned magistrate judge. But, unfortunately, the Court is unavailable on the parties' requested dates. Accordingly, the Court will schedule the settlement conference for March 7, 2023 and issue a separate scheduling order. If the parties are unavailable on that date, they may contact chambers to find a date that the Court and all parties are available.

                                                        **IT IS SO ORDERED**
                                                        **DATED:** 5:56 pm, January 31, 2023

                                                        *[signature]*
                                                        **BRENDA WEKSLER**
                                                        **UNITED STATES MAGISTRATE JUDGE**

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Ave., Suite 100, Los Angeles, CA 90071-1560.

On January 27, 2023, I served the following document described as:

**JOINT STIPULATION AND [PROPOSED] ORDER TO ENTER INTO MEDIATION**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, District of Nevada's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served.

Sheila O'Callaghan
ocallaghanS@sec.gov
Susan LaMarca
lamarcas@sec.gov
John Han
hanjo@sec.gov
Ruth L. Hawley
hawleyr@sec.gov
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
*Attorneys for Plaintiff Securities and Exchange Commission*

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 27, 2023** at Los Angeles, California.

  */s/ Manuel A. Abascal*
      Manuel A. Abascal