SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
JOHN K. HAN (Cal. Bar No. 208086)
  hanjo@sec.gov
DAVID ZHOU (NY Bar No. 4926523, Admitted *Pro Hac Vice*)
  zhoud@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112, Admitted *Pro Hac Vice*)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL V. SHUSTEK and VESTIN MORTGAGE, LLC,<br><br>Defendants. | Case No.: 2:21-cv-01416-JCM-BNW<br><br>**JOINT STIPULATION TO STAY DISCOVERY AND ORDER MODIFYING CASE SCHEDULE AND [PROPOSED] ORDER** |

Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") and Michael V. Shustek ("Mr. Shustek") and Vestin Mortgage LLC ("Vestin Mortgage", collectively "Defendants") hereby stipulate and agree as follows:

WHEREAS, on December 16, 2021, the Court entered an Order (ECF No. 12) setting deadlines for, *inter alia*, the disclosure of experts (August 8, 2022), disclosure of rebuttal experts (September 7, 2022), deadline to mediate (September 14, 2022), the close of fact discovery (October 7, 2022), the last day to file dispositive motions (November 7, 2022), and the pretrial order (January 27, 2023);

WHEREAS, on August 1, 2022, at the request of the SEC, the Court entered an Order (ECF No. 34) extending the deadlines for, *inter alia*, the disclosure of experts (February 6, 2023), disclosure of rebuttal experts (March 6, 2023), deadline to mediate (March 13, 2023), the close of fact discovery (April 5, 2023), the last day to file dispositive motions May 8, 2023), and the pretrial order (July 26, 2023);

WHEREAS, the Court has set the case for a settlement conference on March 7, 2023 (ECF Nos. 42 and 43);

WHEREAS, the parties believe it is in their best interests, and in the interest of efficiency and judicial economy, to permit sufficient time for the settlement discussions without simultaneously engaging in discovery, document productions or logging, and trial preparation; and potentially unnecessarily utilizing judicial resources;

WHEREAS, because the parties want to focus their efforts on settlement, they therefore request that the Court extend current deadlines for discovery to March 28, 2023, three weeks past the date of the settlement conference, and to re-set the other deadlines to take into account the proposed discovery stay;

WHEREAS, the parties propose that there be no changes to the current deadlines applicable to third parties governing the production of documents and the currently scheduled deadline for mediation of March 13, 2023;

WHEREAS, there is no trial date currently set in this case.

WHEREAS, this is the first joint request by the parties to adjust the discovery schedule and only the second overall request;

WHEREAS, the parties agree that good cause exists to stay discovery and continue the pretrial dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Disclosure Deadline | February 6, 2023 | April 3, 2023 |
| Expert Rebuttal Reports | March 6, 2023 | May 1, 2023 |
| Discovery Cut-Off | April 5, 2023 | May 31 , 2023 |
| Dispositive Motion Cut-Off | May 8, 2023 | July 3, 2023 |
| Filing of Pre-Trial Order | July 26, 2023 | September 25, 2023 |

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Subject to the Court's approval, the parties agree to stay discovery and continue the currently scheduled pretrial dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Disclosure Deadline | February 6, 2023 | April 3, 2023 |
| Expert Rebuttal Reports | March 6, 2023 | May 1, 2023 |
| Discovery Cut-Off | April 5, 2023 | May 31 , 2023 |
| Dispositive Motion Cut-Off | May 8, 2023 | July 3, 2023 |
| Filing of Pre-Trial Order | July 26, 2023 | September 25, 2023 |

2. The parties agree that the currently scheduled deadline for mediation of March 13, 2023 shall remain unchanged and is not impacted by this stipulation and proposed order.

Dated:  February 14, 2023

Respectfully submitted,

*/s/ Sheila O'Callaghan*

Sheila E. O'Callaghan
John K. Han
David Zhou
Ruth L. Hawley
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: February 14, 2023

Respectfully submitted,

By /s/ *Manuel A. Abascal*
Manuel A. Abascal
LATHAM & WATKINS LLP
HUTCHISON & STEFFEN
Mark A. Hutchison
  Attorneys for Defendants
   Michael V. Shustek and Vestin Mortgage LLC

## ORDER

IT IS ORDERED that ECF No. 44 is GRANTED in part and DENIED in part without prejudice. ECF No. 44 is granted to the extent the Court will stay discovery until March 28, 2023. ECF No. 44 is denied to the extent the Court will not extend discovery deadlines at this time, as the initial expert disclosure deadline ran and the parties have not shown excusable neglect for the late filing of this stipulation. *See* LR IA 6-1(a). The parties may refile their stipulation to extend discovery deadlines if they can show excusable neglect for the late filing.

Because discovery is stayed, ECF No. 21 is DENIED without prejudice to Plaintiff refiling this motion if the parties do not settle this case.

**IT IS SO ORDERED**
**DATED:** 4:42 pm, February 15, 2023

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I, Tony Stearns, am over 18 years of age and not a party to this action. On February 14, 2023 I served a copy of the **JOINT STIPULATION TO STAY DISCOVERY AND ORDER MODIFYING CASE SCHEDULE AND [PROPOSED] ORDER** via electronic filing on ECF on the following persons:

Manuel A. Abascal, Esq.
Latham & Watkins LLP
355 South Grand Ave.
Suite 100
Los Angeles, CA 90071-1560
Manny.abascal@lw.com

Mark A. Hutchison
Hutchison & Steffen
Peccole Professional Park
10080 West Alta Dr., Suite 200
Las Vegas, Nevada 89145
mhutchison@hutchlegal.com

Attorneys for Defendant
Michael V. Shustek and Vestin Mortgage

I declare under penalty of perjury that the statements made above are true and correct. Executed in Alameda, California on February 14, 2023.

                                        /s/ Tony Stearns
                                        Paralegal Specialist