SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
 ocallaghans@sec.gov
JOHN K. HAN (Cal. Bar No. 208086)
 hanjo@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
 hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL V. SHUSTEK and VESTIN MORTGAGE, LLC,<br><br>  Defendants. | Case No.: 2:21-cv-01416-JCM-BNW<br><br>**FOURTH JOINT STIPULATION TO STAY DISCOVERY AND [PROPOSED] ORDER** |

Plaintiff Securities and Exchange Commission and Defendants Michael V. Shustek and Vestin Mortgage, LLC (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on May 5, 2023, the Court held a continued settlement conference in which the Parties informed the Court that they have reached an agreement in principle on the terms of a settlement. The parties stated that they need additional time to finalize the settlement agreement. The Court ordered that the settlement conference be reconvened on September 7, at 1:00 p.m., if the parties had not settled the matter by then.

NOW THEREFORE, the parties hereby stipulate and agree that the Court should: (1) continue the stay of discovery and (2) vacate all pending discovery and pretrial dates.

Dated: May 9, 2023

Respectfully submitted,

By /s/ John K. Han
Sheila E. O'Callaghan
John K. Han
Ruth L. Hawley
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: May 9, 2023

Respectfully submitted,

By /s/ Manuel A. Abascal
Manuel A. Abascal
LATHAM & WATKINS LLP
HUTCHISON & STEFFEN
Mark A. Hutchison
Attorneys for Defendants
Michael V. Shustek and Vestin Mortgage LLC

**ORDER**

**IT IS SO ORDERED**

**DATED:** 4:32 pm, May 10, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**