SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
JOHN K. HAN (Cal. Bar No. 208086)
  hanjo@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 2:21-cv-01416-JCM-BNW |
| Plaintiff, | |
| v. | **FIFTH JOINT STIPULATION TO STAY DISCOVERY AND CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |
| MICHAEL V. SHUSTEK and VESTIN MORTGAGE, LLC, | |
| Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and Defendants Michael V. Shustek and Vestin Mortgage, LLC (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on May 5, 2023, the Court held a continued settlement conference in which the Parties informed the Court that they have reached an agreement in principle on the terms of a settlement. The parties stated that they need additional time to finalize the settlement agreement. The Court ordered that the settlement conference be reconvened on September 7, at 1:00 p.m., if the parties had not settled the matter by then.

WHEREAS, on May 10, 2023, the Court signed the parties' Fourth Joint Stipulation to Stay Discovery (ECF No. 57) which also vacated all pending discovery and pretrial dates.

WHEREAS, the Parties have worked diligently towards finalizing documentation for a potential settlement.

WHEREAS, any potential settlement requires ultimate consideration and approval by the members of the Commission. The SEC, as a public agency, follows a formal process for consideration of such offers, which has commenced and SEC counsel anticipates should be completed within ninety days. If concluded sooner, the parties will ensure the Court is immediately informed. If approved by the Commission, the settlement would require approval by the Court.

NOW THEREFORE, the parties hereby stipulate and agree that the Court should: (1) continue the stay of discovery and (2) continue the status conference to December 6, 7, or 8, 2023, if the parties have not presented to the Court a settlement for the Court's consideration before then.

Dated:  August 23, 2023         Respectfully submitted,

By */s/ John K. Han*
Sheila E. O'Callaghan
John K. Han
Ruth L. Hawley
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: August 23, 2023

Respectfully submitted,

By /s/ *Manuel A. Abascal (/jkh with permission)*
Manuel A. Abascal
LATHAM & WATKINS LLP
Mark A. Hutchison
HUTCHISON & STEFFEN
Attorneys for Defendants
Michael V. Shustek and Vestin Mortgage LLC

## ORDER

IT IS ORDERED that ECF No. 58 is GRANTED.

IT IS FURTHER ORDERED that the continued Settlement Conference set for September 7, 2023 is VACATED.

IT IS FURTHER ORDERED that a Status Conference is set for December 6, 2023 at 10:00 a.m. in LV Courtroom 3B. If parties wish to appear remotely, they are kindly directed to contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov no later than noon on the day before the conference.

**IT IS SO ORDERED**
**DATED:** 8:16 pm, August 24, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**